**FILED: 1/20/15**
**(JS-6)**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Madalene Tiggle-Lockhart*,<br>　　　　Plaintiff,<br>　　v.<br>*Specialized Loan Servicing, LLC, et al.*,<br>　　　　Defendants. | CASE NO. EDCV 14-2162-GHK (JEMx)<br><br>**JUDGMENT** |

　　Pursuant to the Court's January 6, 2015 Order, IT IS HEREBY ADJUDGED that Plaintiff's Complaint is **DISMISSED with prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: January 20, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　GEORGE H. KING
　　　　　　　　　　　　　　　　　　　Chief United States District Judge